# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 29, 2024

### NO. 03-22-00126-CV

**Greg Abbott in his Official Capacity as Governor of the State of Texas, Stephanie Muth in her Official Capacity of Commissioner of the Department of Family and Protective Services, and the Texas Department of Family and Protective Services, Appellants**

**v.**

**Jane Doe, individually and as parent and next friend of Mary Doe, a minor; John Doe, individually and as parent and next friend of Mary Doe, a minor; and Dr. Megan Mooney, Appellees**

---

**APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
AFFIRMED IN PART, REVERSED AND RENDERED IN PART, VACATED IN PART --
OPINION BY JUSTICE SMITH**

---

This is an appeal from the interlocutory orders signed by the trial court on March 11, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's interlocutory orders. Therefore, the Court affirms the part of the trial court's order denying the plea to the jurisdiction as to all claims asserted against the Department and the Commissioner and affirms the part of the order granting a temporary injunction against the Department and the Commissioner. We reverse the part of the order denying the plea to the jurisdiction as to all claims asserted against the Governor and render judgment dismissing all claims against the Governor. We vacate the part of the trial court's order granting a temporary

injunction against the Governor.  The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.